**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   DIEGO LEGASPI,                              No. C 09-073 SI (pr)

9          Plaintiff,                           **JUDGMENT**

10      v.

11  MONTEREY COUNTY
    SHERIFF DEPARTMENT; et al.,
12

13         Defendants.
                                           /

14

15       This action is dismissed without prejudice to plaintiff filing a petition for writ of habeas

16  corpus to challenge his conviction, and without prejudice to him filing a new civil rights action

17  for damages if his conviction is ever set aside.

18

19       IT IS SO ORDERED AND ADJUDGED.

20

21  Dated: September 28, 2009          _____

                                        SUSAN ILLSTON
22                                      United States District Judge

23

24

25

26

27

28